*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, BROWN, and MIZER
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Sherwin C. GASPAR**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

**No. 202400033**

————————————

Decided: 4 June 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 1 December 2023 by a special court-martial convened at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for two months, and a bad-conduct discharge.

For Appellant:
*Major Timothy G. McCormick, USMCR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note the Entry of Judgment does not correctly identify Charge II to which Appellant pleaded guilty.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] See Block 11 of the Entry of Judgment (incorrectly indicating that Charge II, Violation of Article 121a, Uniform Code of Military Justice, corresponds to 10 U.S.C. § 921 rather than 10 U.S.C. § 921a). We appreciate Appellate Defense Counsel's attention to detail in identifying this matter.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400033 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Sherwin C. GASPAR**<br>**Sergeant (E-5)**<br>**U.S. Marine Corps**<br>　　　　　*Accused* | *As Modified on Appeal* |
| | **4 June 2024** |

On 1 December 2023, the Accused was tried at Marine Corps Base Hawaii, by a special court-martial, consisting of a military judge sitting alone. Military Judge Eric A. Catto presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:**   **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

　　*Plea:* Guilty.
　　*Finding:* Guilty.

**Specification:**   **On or about 29 March 2023, attempted fraudulent use of a credit card to obtain property of an aggregate value of more than $1000.**

　　*Plea:* Guilty.
　　*Finding:* Guilty.

**Charge II:**   **Violation of Article 121a, Uniform Code of Military Justice, 10 U.S.C. § 921a.**

　　*Plea:* Guilty.
　　*Finding:* Guilty.

1

**Specification:** **Between on or about 20 July 2020 and on or about 8 December 2020, fraudulently use of a debit card to obtain property of an aggregate value of more than $1000.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 1 December 2023, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For the sole Specification of Charge I:*
    confinement for two months.

*For the sole Specification of Charge II:*
    confinement for two months.

The terms of confinement will run concurrently.

**Confinement for a total of two months.**

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

2